**John PABON and Amerimex Air Charters LLC, Appellant,**

v.

**ASG AVIATION SERVICES GROUP, INC., Appellee.**

No. 05–06–00340–CV.

Court of Appeals of Texas, Dallas.

Sept. 5, 2006.

Todd J. Harlow and John T. Cox, Lynn Tillotson & Pinker, L.L.P., Dallas, for Appellant.

M. Drew Siegel, Carrollton, R. Alan York, Godwin Pappas Langley Ronquillo, LLP, Houston, for Appellee.

Before Justices WRIGHT, O'NEILL, and LANG–MIERS.

## OPINION

PER CURIAM.

The Court has before it the parties' August 29, 2006 joint motion to dismiss. We grant the parties' motion and dismiss this appeal. *See* TEX.R.APP. P. 42(a).